IN THE UNITED STATES DISTRICT COURT

For The EASTERN DISTRICT OF VIRGINIA

-Richmond Division-

Monte D. Winston (Plaintiff)                    Case No: Unassigned

v.

Peninsula Pacific Entertainment, LLC

Colonial Downs Group, and Rosie's

Gaming Emporium (Defendant)

## Notice of Complaint

<u>Note:</u>  I am a *pro se* litigant, and by law the court is required to hold this complaint to less stringent standards.

## Jurisdiction

Pursuant to 28: 1331, the allegations in the complaint will question whether State Law authorizes Rosie's Gaming Emporium to operate in the State of Virginia. Pursuant to 28:1332, the amount in controversy, and the fact that a Chicago based investor is named as a defendant, gives this court the jurisdiction to hear and rule on this claim.

## Statement of Complaint

This complaint is alleging that Rosie's Gaming Emporium, *et al* through its programming of their gaming machines , committed Negligent Concealment , Fraud , Deceit , and violated the Peninsula Pacific Entertainment, LLC Terms and Conditions.

## Cause of Complaint

(Exhibit A) shows that I made a wager of $12.50 , but my winning credits were paid in $5.00 increments per credit. I lost approximately

$1,100. (Exhibit B) is a $0.05 machine. This proves why it only pays in $5.00 increments. All Rosie's employees answer any problems you may have with their machines with " it's based on the past horse races". This answer cannot answer a credit problem. Rosie's have programmed their machines to have a default override. (Their machines don't allow you to change horses) Rosie's is deliberately and negligently concealing the fact that the screen is for entertainment purposes only. (I'm sure if people knew this there would be far less people addicted to gambling).

## Relief Requested

I demand to have a trial by jury, I want to be compensated for the equity/ money that I lost. And lastly, I want the court to order the defendant to pay $250,000,000 in punitive damages, to assure the public that they are not being deceived or frauded out of their money, and to make sure everything is transparent.

Sincerely Yours,

Monte D. Winston